**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-14479
Non-Argument Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

ANTHONY KENNETH GRIFFIN,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:25-cr-00158-CLM-NAD-1
_____

Before JORDAN, JILL PRYOR, and KIDD, Circuit Judges.

PER CURIAM:

P. Russell Steen, appointed counsel for Anthony Kenneth Griffin in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to

2                          Opinion of the Court                    25-14479

*Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Griffin's convictions and sentence are **AFFIRMED**.